UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-

Jamees Cooke

                                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

23  -CR-  08

Defendant Jamees Cooke hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

x___   Bail/Detention Hearing

x___   Conference Before a Judicial Officer

/s/ Jamees Cooke by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jamees Cooke
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Rachel Martin
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4-4-2023
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge