UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jamees Cooke

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

23-cr-08

Defendant(s).
------------------------------------------------------------------X

Defendant _____Jamees Cooke_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X ___ Bail/Detention Hearing

X ___ Conference Before a Judicial Officer

/s/ Jamees Cooke by JCM
_____
Defendant's Signature  w/permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Rachel S. Martin
_____
Defendant's Counsel's Signature

Jamees Cooke
_____
Print Defendant's Name

Rachel S. Martin
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4-13-2023
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge