UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :          **MOTION SCHEDULING ORDER**
v.                                        :
                                          :          23-CR-00008 (PMH)
JAMEES COOKE,
                        Defendant.        :
-------------------------------------------------------x

    At today's pretrial conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by **October 27, 2023.**

2. The Government's opposition shall be filed by **November 27, 2023.**

3. Defendant's reply, if any, shall be filed by **December 11, 2023.**

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

    Counsel shall submit a courtesy copy of all motion papers to Chambers.

    If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the Government consents to a hearing.

    The next court date in this case is **December 20, 2023 at 10:00 a.m.**, at which time, based on the information supplied by counsel at today's conference, the Court expects to conduct a hearing on Defendant's motion(s).

    For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until **December 20, 2023**.

Dated: White Plains, New York
       August 23, 2023

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge