# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 23, 2023

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:  *United States v. Jamees Cooke*, Case No. 23-cr-08 (PMH)

Dear Judge Halpern,

      I am requesting a month-long adjournment of the pretrial briefing schedule in the above-captioned case to give the parties additional time to negotiate a pretrial resolution.

      On April 25, 2023, I filed a mitigation submission with the United States Attorney's Office. In August, the USAO advised that they were not persuaded by my mitigation submission and provided a *Pimentel* letter. The parties appeared in Court on August 23, 2023. There, the Court set the following schedule:

| | |
|---|---|
| Defense motions: | 10/27/2023 |
| Government Response: | 11/27/2023 |
| Defense Reply: | 12/11/2023 |
| Status Conference: | 12/20/2023 |
| Final Pretrial Conf.: | 2/7/24 |
| Trial: | 2/21/24 |

      Since our last appearance on August 23, 2023, I have received hundreds of pages of records relevant to a potential pretrial resolution in this case. I incorporated these voluminous records into a supplemental mitigation submission for the government's consideration. I intend to submit this supplemental mitigation submission by today or tomorrow. As such, I propose the following revised schedule, which will give the parties additional time to find a pretrial resolution.

| | |
|---|---|
| Defense motions: | 11/29/2023 |
| Government Response: | 12/29/2023 |
| Defense Reply: | 1/11/2024 |
| Status Conference: | A date convenient to the Court in January 2024 |
| Final Pretrial Conf.: | 2/7/24 |
| Trial: | 2/21/24 |

I have discussed my request for an adjourned motions schedule with government counsel, AUSA Timothy Ly.  He does not object.

Sincerely,

Rachel Martin

cc:     AUSA Timothy Ly