# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted on consent of the parties. Defendant's motions due 11/29/2023; opposition due 12/29/2023; and reply due 1/11/2024. The status conference scheduled for December 20, 2023 is rescheduled to January 29, 2024 at 11:00 a.m.
>
> The Government is directed to file a proposed order excluding time under the Speedy Trial Act from December 20, 2023 to January 29, 2024.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 18.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 23, 2023

October 23, 2023

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Jamees Cooke*, Case No. 23-cr-08 (PMH)

Dear Judge Halpern,

I am requesting a month-long adjournment of the pretrial briefing schedule in the above-captioned case to give the parties additional time to negotiate a pretrial resolution.

On April 25, 2023, I filed a mitigation submission with the United States Attorney's Office. In August, the USAO advised that they were not persuaded by my mitigation submission and provided a *Pimentel* letter. The parties appeared in Court on August 23, 2023. There, the Court set the following schedule:

| | |
|---|---|
| Defense motions: | 10/27/2023 |
| Government Response: | 11/27/2023 |
| Defense Reply: | 12/11/2023 |
| Status Conference: | 12/20/2023 |
| Final Pretrial Conf.: | 2/7/24 |
| Trial: | 2/21/24 |

Since our last appearance on August 23, 2023, I have received hundreds of pages of records relevant to a potential pretrial resolution in this case. I incorporated these voluminous records into a supplemental mitigation submission for the government's consideration. I intend to submit this supplemental mitigation submission by today or tomorrow. As such, I propose the following revised schedule, which will give the parties additional time to find a pretrial resolution.

| | |
|---|---|
| Defense motions: | 11/29/2023 |
| Government Response: | 12/29/2023 |
| Defense Reply: | 1/11/2024 |
| Status Conference: | A date convenient to the Court in January 2024 |
| Final Pretrial Conf.: | 2/7/24 |
| Trial: | 2/21/24 |

      I have discussed my request for an adjourned motions schedule with government counsel, AUSA Timothy Ly.  He does not object.

                                                        Sincerely,

                                                        Rachel Martin

cc:     AUSA Timothy Ly