UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA     :
                             :
v.                           :     **SCHEDULING ORDER**
                             :
JAMEES COOKE,                :     7-23-cr-00008- PMH
                             :
                Defendant.   :
------------------------------------------------------------x

The Status Conference scheduled for January 29, 2024 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse is re-scheduled to January 17, 2024 at 11:00 a.m. and converted to a Change of Plea Hearing.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 8, 2024

_____
Philip M. Halpern
United States District Judge