UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA  :

                          :

v.  :         **SCHEDULING ORDER**

                          :

JAMEES COOKE,  :     7-23-cr-00008- PMH

                          :

               Defendant.  :

-------------------------------------------------------------x

       The Change of Plea Hearing scheduled for January 17, 2024 in Courtroom 520 at the White Plains Courthouse is re-scheduled to January 18, 2024 at 4:30 p.m.

       It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 17, 2024

_____

Philip M. Halpern
United States District Judge